# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AZAEL DYTHIAN PERALES,

        Plaintiff,

    v.

OFFICE OF THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE,

        Defendant.

Case No. 25-cv-2644 (JMC)

## MEMORANDUM OPINION

On August 12, 2025, pro se Plaintiff Azael Dythian Perales filed a civil complaint against the Office of the Clerk of the United States District Court for the District of Delaware. ECF 1. On February 11, 2026, this Court dismissed his complaint without prejudice for failure to comply with Federal Rule of Civil Procedure 8(a)(2). ECF 4; ECF 5. Plaintiff was granted leave to amend his complaint by March 13, 2026, and this Court warned Plaintiff that the action could be dismissed with prejudice if "he d[id] not file an amended complaint by that date." ECF 4 at 2 (citing *Brown v. WMATA*, 164 F. Supp. 3d 33, 35 (D.D.C. 2016)). Plaintiff's deadline to file an amended complaint has come and gone, but Plaintiff has not filed an amended complaint, so the Court will now **DISMISS** this action with prejudice. A separate order accompanies this memorandum opinion.

    **SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: July 23, 2026